No. 9848. WAITE OIL COMPANY, a corporation, PLAINTIFF AND RESPONDENT, v. ESTATE OF JOSEPH S. BAER, also known as JOSEPH BAER, deceased, et al., DEFENDANTS AND APPELLANTS.

319 Pac. (2d) 519.

Decided Jan. 8, 1958.

*Poore & Poore,* Butte, for appellant.
*Corette, Smith & Dean,* Butte, for respondent.

Per Curiam.

On stipulation of counsel for the respective parties in the above-entitled appeal, it is ordered that this appeal be and it is dismissed with prejudice as fully settled on the merits, each party to pay its or their own costs.

MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES CASTLES, ANGSTMAN and ADAIR, concur.